### GUSTAV WILLIUS v. ADAM BEYER.[1]

March 28, 1907.

Nos. 15,033—(185).

Action in the district court for Ramsey county by plaintiff as receiver of the Germania Bank to recover $3,500 from defendant upon his liability as stockholder therein. The case was tried before Olin B. Lewis, J., who found in favor of plaintiff for $2,250, and interest. From an order denying a motion for a new trial, defendant appealed. Reversed.

*O. E. Holman*, for appellant.

*James E. Trask*, for respondent.

PER CURIAM.

This case is controlled by the decision in Willius v. Albrecht, (supra, page 436) 111 N. W. 387. The order from which the appeal was taken is therefore reversed.